# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| THOMAS CAVNER,<br>CO #000056-2,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DR. RICHARD MAY,<br><br>　　　　　　　　　　Defendant. | Civil No.　08-1159 MJL (CAB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>**[Doc. No. 14]** |

## I.

### PROCEDURAL HISTORY

On August 7, 2008, Plaintiff, a civil committee currently held at Coalinga State Hospital located in Coalinga, California and proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not prepay the $350 filing fee mandated by 28 U.S.C. § 1914(a) to commence a civil action; instead, he filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No. 2]. The Court granted Plaintiff's Motion to Proceed *IFP* on September 30, 2008 [Doc. No. 10].

On November 25, 2008, this matter was reassigned to District Judge M. James Lorenz for all further proceedings [Doc. No. 11]. The Court sua sponte dismissed Plaintiff's Complaint for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2). *See* Jan. 26, 2009 Order at 4-5. Plaintiff was granted forty five (45) days leave to file a First Amended Complaint. *Id.* On February 27, 2009, Plaintiff filed a "Motion for Enlargement of Time to File" [Doc. No. 14].

Plaintiff seeks an additional sixty (60) days "because of his limited resources at Coalinga State Hospital to prepare and complete his First Amended Complaint." *See* Pl.'s Mot. at 1.

Accordingly, for good cause shown, the Court will **GRANT** Plaintiff's Motion for Enlargement of Time to File a First Amended Complaint [Doc. No. 14]. Plaintiff's First Amended Complaint must be filed with the Court no later than **Monday, April 27, 2009**. Plaintiff's First Amended Complaint must comply in all other respects with the Court's January 26, 2009 Order.

**IT IS SO ORDERED.**

DATED: March 4, 2009

_____
M. James Lorenz
United States District Court Judge